1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   SHADALE LEWIS WILLIAMS,            ) NO. CV 08-4823-TJH (MAN)
                                        )
12                   Plaintiff,         )
                                        )
13        v.                            ) ORDER ADOPTING FINDINGS,
                                        )
14   LOS ANGELES COUNTY                 ) CONCLUSIONS, AND RECOMMENDATIONS
     SUPERIOR COURT, et al.,            )
15                                      ) OF UNITED STATES MAGISTRATE JUDGE
                     Defendants.        )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint,

18   all of the records herein, and the Report and Recommendation of United

19   States Magistrate Judge.  The time for filing Objections has passed, and

20   no Objections have been filed with the Court.  The Court's review having

21   been completed, IT IS ORDERED that:


22

23        (1)  The Court accepts and adopts the Magistrate Judge's Report and

24   Recommendation, and the findings of fact, conclusions of law, and

25   recommendations therein;

26

27        (2)  The access to courts claims alleged in the Complaint are

28   dismissed without leave to amend and with prejudice;

1    (3) The claims challenging nondisclosure of impeachment material
2    alleged in the Complaint are dismissed without leave to amend, with
3    prejudice as to defendants Justice Carlos Moreno, Gil Garcetti, Carlos
4    Vazquez, Irene Wakabayashi, Daniel Lungren, Lauren Dana, David Voet, and
5    the Los Angeles County Superior Court, and without prejudice as to
6    defendants Alan Sharpe, Thomas Garvin, and L. Hargrove; and

7

8    (4)  Judgment shall be entered dismissing this action without
9    prejudice as against defendants Sharpe, Garvin, and Hargrove, and with
10   prejudice as against defendants Moreno, Garcetti, Vazquez, Wakabayashi,
11   Lungren, Dana, Voet, the Los Angeles County Superior Court, Grannis,
12   Yarborough, Duncan, Monteiro, Reinhart, and Boetsch.

13

14   IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
15   the Judgment herein on plaintiff.

16

17   LET JUDGMENT BE ENTERED ACCORDINGLY.

18

19   DATED: <u>January 9, 2009</u>.

20

21

22                                    TERRY J. HATTER, JR.
                                      UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                      2