UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHADALE LEWIS WILLIAMS,** | ) NO. CV 08-4283-TJH (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **LOS ANGELES COUNTY SUPERIOR COURT, et al.,** | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed without prejudice as against defendants Alan Sharpe, Thomas Garvin, and L. Hargrove, and with prejudice as against defendants Justice Carlos Moreno, Gil Garcetti, Carlos Vazquez, Irene Wakabayashi, Daniel Lungren, Lauren Dana, David Voet, the Los Angeles County Superior Court, N. Grannis, M. Yarborough, William Duncan, M. Monteiro, M. Reinhart, and P. Boetsch

DATED: January 9, 2009.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE